IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAWNY BLAZEJOWSKI,

    Plaintiff,

v.                                  CASE NO. 4:16cv424-RH/CAS

CHRIS FRANCE et al.,

    Defendants.

_____/

**ORDER FOR TRANSFER**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. The report and recommendation correctly concludes that this case should be transferred to the Middle District of Florida, where the events at issue occurred and the defendants reside. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on September 7, 2016.

                                            s/Robert L. Hinkle
                                            United States District Judge